# *IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

No. 03-1172C

(Filed: July 10 2003)

---

E-SCRUB ENVIRONMENTAL SERVICES, INC., etc.

v.

THE UNITED STATES

---

ORDER

---

The above-captioned case was transferred from the U. S. District Court for the District of Columbia to this Court on May 9, 2003. Plaintiff's complaint in this Court was due to be filed on or before June 9, 2003. To date, said complaint has not been filed nor has plaintiff's counsel completed steps to become admitted to the bar of this Court. Therefore, plaintiff shall file a memorandum with this Court on or before July 25, 2003, to show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

s/Reginald W. Gibson
Reginald W. Gibson, Senior Judge