# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**E-SCRUB ENVIRONMENTAL ENTERPRISES, INC., etc.**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1172C

(Filed: August 25, 2003)

**ORDER**

The above-referenced case was transferred to the U.S. Court of Federal Claims from the U. S. District Court for the District of Columbia on May 9, 2003. Pursuant to COFC Rule 3.1, plaintiff was required to file its complaint in this court on or before June 9, 2003.

In addition, at the time of this transfer, the attorney for plaintiff, Charles M. James, III, of Upper Marlboro, Maryland, had not been admitted to practice before this Court. In an effort to facilitate this matter, admission papers (Rule 83.1) were sent to Mr. James by the Clerk's Office on or about May 9, 2003.

Two months having passed since the transfer of this case to this court and one month having passed since the date the complaint was due to be filed, an order was issued on July 10, 2003, directing plaintiff to show cause, by July 25, 2003, why this case should not be dismissed for failure to prosecute. To date, plaintiff has not responded to said order, plaintiff's complaint has not been filed, nor has plaintiff's counsel, Mr. James, submitted papers for admission to this Court.

Rule 41(b), Involuntary Dismissal, states, in pertinent part, as follows:

> For failure of the plaintiff to prosecute or to comply with these rules or any order of court, the court may dismiss on its own motion . . . an action or any claim. Unless the court in its order of dismissal otherwise specifies, a dismissal under this . . . rule . . . operates as an adjudication upon the merits.

Therefore, pursuant to Rule 41(b), this court, *sua sponte*, hereby dismisses this case, with prejudice, because of plaintiff's failure to prosecute and its failure to comply with this Court's rules and orders. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

s/*Reginald W. Gibson*

_

Reginald W. Gibson, Senior Judge