# In the United States Court of Federal Claims

**No. 03-1172 C**

**E-SCRUB ENVIRONMENTAL ENTERPRISES, INC., ETC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 25, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Acting Clerk of Court

**August 29, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

**NOTE:** As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $105.00.