IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-Scrub Environmental Enterprises, Inc.<br>Plaintiff<br>v.<br>UNITED STATES OF AMERICA<br>Defendant | Case No: 03 1172 C |

## Motion to Reconsider

Comes now the Plaintiff, E-Scrub Environmental Enterprises, Inc., by and through undersigned counsel, pursuant to the Rules of this Honorable Court, and moves for reconsideration of the Order, dated 25 August 2003, dismissing the above captioned action, and as cause therefore states as follows:

1. The points and authorities in support of this motion are incorporated herein. An additional summary of the supporting points and authorities is also provided.
2. On 9 June 2003, Plaintiff, by and through attorney C. M. James, III, submitted an initial filing[1] including eight copies of the complaint and bound volumes of the exhibits in this action.
3. It was subsequently discovered that Mr. James was not a member of the bar of this Court.[2] Mr. James has completed his application for admission to this Court's Bar, but has yet to obtain the requisite letters from attorneys personally known to him.[3]
4. On 10 July 2003 this Court entered an Order to Show Cause in the above captioned matter, requiring a response by 25 July.

---

[1] See Exhibit 1, attached hereto.

[2] See Exhibit 2, attached hereto.

[3] See Exhibit 3, attached hereto.

a. The Order to Show Cause was not sent to Mr. James.[4] The Office of the Clerk of Court advised Mr. James that the Order would not have been sent to him because he was not a member of the Bar of this Court.[5]

5. Mr. James became aware of this Court's 25 August Order when a fax was forwarded to him on 25 August 2003.[6]

6. Plaintiff requests that, due to non-receipt of the 10 July Order, it be given until Monday 8 September to perfect the 9 June submission by securing the admission of Mr. James as counsel or filing the complaint and exhibits through an existing member of the Bar of this Court.

7. Plaintiff reserves the right to supplement this motion.

WHEREFORE, for the forgoing reasons, and any additional grounds as may be raised in support of this motion, Plaintiff prays that the motion be GRANTED, that the Order directing dismissal be VACATED and that Plaintiff be provided until 8 September 2003 to perfect the 9 June 2003 submission.

Respectfully submitted,

Thomas F. De Caro, Jr.
14406 Old Mill Road
Upper Marlboro, MD 20773
(301) 952 - 6805 (Voice)
(301) 464 - 1400 (Fax)

Attorney for the Plaintiff
E-Scrub Environmental Enterprises, Inc.

---

[4] See Exhibit 4, attached hereto.

[5] See Exhibit 4, attached hereto.

[6] See Exhibit 5, attached hereto.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-Scrub Environmental Enterprises, Inc.<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No: 03 1172 C |

## SUMMARY OF POINTS AND AUTHORITIES

**Rules:**

Ct. Fed. Claims Rule 7(b)

Ct. Fed. Claims Rule 59

Ct. Fed. Claims Rule Appendix H

# E x h i b i t 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
OVER THE COUNTER
JUN 9 2003
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

E-SCRUB ENVIRONMENTAL
ENTERPRISES, INC.,
a Virginia corporation, formerly known as
VIRGINIA ACCELERATORS
CORPORATION
301 South West Street
Alexandria, Virginia 22314

Plaintiff,

vs.

Case Number: 03 - 1172 C

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF DEFENSE,
DONALD RUMSFELD, SECRETARY
1600 Defense Pentagon
Washington, D.C. 20301-1600
Attention: William J. Haynes II, Esq.
Office of General Counsel
Room 3E980 Defense Pentagon
Washington, D.C. 20301,

Defendant

## COMPLAINT

Plaintiff e-SCRUB Environmental Enterprises, Inc., a Virginia corporation (hereinafter "3E"), formerly known as Virginia Accelerators Corporation, alleges as follows:

### Introduction

1. This is an action for money damages against the Defendant, the United States of America, arising from the actions of Donald Rumsfeld, Secretary of Defense and one of his Under Secretaries for failing to provide the plaintiff promised facility closure funds and for subsequently failing to disburse to plaintiff congressionally mandated and earmarked funds. This action further seeks

# E x h i b i t 2

called 6/17/03 @ 10:30 am — Mr. James — left msg. — returned call and was instructed for website and will send info — no attys — never atty adm

# United States Court of Federal Claims

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM

Case Management
CM / ECF
Electronic Case Files

This form shall be used to register for accounts on the Courts' Case Management/Electronic Case Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF system.

The following information is required for registration (**PLEASE TYPE**):

First/Middle/Last Name: Charles M. James, III

Attorney Bar # and State (if available): 36414

Firm Name: The Law Offices of C. M. James, III

Firm Address: P.O. Box 1238
Cheverly, MD 20785

Voice Phone Number: (301) 322-8127

FAX Phone Number: (301) 322-8128

Internet E-Mail Address: CMJ @ Lawyer.com

Does your E-mail Software support HTML messages? Yes [X] No [ ]
(contact you local IT staff if uncertain)

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The system is for use only in cases designated by the U.S. Court of Federal Claims. The system may be used to file and view electronic documents, docket sheets, and notices.

2. Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form. Attorneys must be a member of the court's bar to register.

3. An attorney's password issued by the court combined with the user's identification (login), serves as and constitutes the attorney's signature. Therefore, an attorney must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney to change their password immediately and notify the court.

4. Each attorney desiring to file pleadings or other papers electronically must pass an on-line CM/ECF certification test before the court will issue an account ID and password. The test is located at http://www.uscfc.uscourts.gov/cmecf/attycert/attycertaccessdb/index.html.

5. Attorneys must be trained be fore using CM/ECF. See training materials and options on the court's public website at http://www.uscfc.uscourts.gov/cmecf.htm.

6. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site at http://pacer.psc.uscourts.gov.

7. By this registration, the undersigned agrees:
   a. To abide by all of the rules and regulations in the most recent General Order and User Guide for Attorneys currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.
   b. To consent to service by electronic means.

This completed Registration Form must be accompanied by a cover memorandum on official law firm letterhead signed by the registrant. Completed registration packets shall be faxed to: 202-208-4953, Attention: ECF Attorney Registration

9 June 2003 
Date

C.M. James
Attorney Signature

The court will send your login ID and password via email to the address listed on this form.

# E x h i b i t 3

*IN THE MATTER OF THE PETITION OF*

Charles M. James, III
*(Please print/type your full name on the above line)*

## *FOR ADMISSION TO PRACTICE IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

*TO THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES COURT OF FEDERAL CLAIMS:*

The petitioner, Charles M. James, III, respectfully shows to this court:

That he/she is a resident of the city of Cheverly, the state of Maryland, and that the petitioner on the date of ______ was duly licensed and admitted to practice as an attorney at law in the District of Columbia (highest state court), and is now a member of the bar thereof and in good standing.

*WHEREFORE, said petitioner herein prays that he/she may be admitted to practice in the United States Court of Federal Claims in accordance with the laws and rules applicable thereto.*

*I,* Charles M. James, III *DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES AND THAT I WILL DEMEAN MYSELF IN AN UPRIGHT MANNER AS AN ATTORNEY OF THE UNITED STATES COURT OF FEDERAL CLAIMS. SO HELP ME GOD.*

*I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date)* ______. (28 U.S.C. § 1746)

______
Signature

Address (including firm if applicable):
C.M. James, III
The Law Offices of C. M. James, III PC
P.O. Box 1238
Cheverly, MD 20785

Phone: (301) 322-8127 Fax: (301) 322-8128
E-mail address: CMJ3@LAWYER.COM

District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Charles Maynard James, III

was on the 12th day of March, 1993, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C. this 8th day of August, 2003.

GARLAND PINKSTON, JR., CLERK

By: [signature]
Deputy Clerk

# Exhibit 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-Scrub Environmental Enterprises, Inc.<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No: 03 1172 C |

Affidavit of C. M. James, III

I, C. M. James, III, state as follows:

1. I am over eighteen (18) years of age, am competent to testify to the facts and matters hereinafter set forth and I have personal knowledge of said matters.

2. I am an attorney licenced to practice in California, the District of Columbia and Maryland.

A. I am a member of the Bar of the United States Court of Appeals for the Federal Circuit (Bar number 36414) but not a member of the Bar of the United States Court of Federal Claims. On 9 June 2003, at the time of submission of the complaint and exhibits, it was my understanding that I was a member of both Bars. I was subsequently advised to the contrary.

B. I am in the process of obtaining two letters or signed statements from attorneys personally known but unrelated to me in order to complete my application to the Bar of the United States Court of Federal Claims.

3. I never received a copy of the 10 July 2003 Order to Show Cause in the above captioned matter.

4. During a meeting with personnel of the Office of the Clerk of Court on 27 August, I was advised that notice would not have been sent to me because I was not a member of the Bar

of the United States Court of Federal Claims.

5. I became aware of the 25 August Order when it was faxed to me on 25 August.

**I solemnly affirm under the penalties of perjury that the foregoing answers to the interrogatories are true to the best of my knowledge, information and belief.**

C. M. James

C. M. James, III

# Exhibit 5

Charles James, III

# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

E-SCRUB ENVIRONMENTAL
ENTERPRISES, INC., etc.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1172C

(Filed: August 25, 2003)

## ORDER

The above-referenced case was transferred to the U.S. Court of Federal Claims from the U. S. District Court for the District of Columbia on May 9, 2003. Pursuant to COFC Rule 3.1, plaintiff was required to file its complaint in this court on or before June 9, 2003.

In addition, at the time of this transfer, the attorney for plaintiff, Charles M. James, III, of Upper Marlboro, Maryland, had not been admitted to practice before this Court. In an effort to facilitate this matter, admission papers (Rule 83.1) were sent to Mr. James by the Clerk's Office on or about May 9, 2003.

Two months having passed since the transfer of this case to this court and one month having passed since the date the complaint was due to be filed, an order was issued on July 10, 2003, directing plaintiff to show cause, by July 25, 2003, why this case should not be dismissed for failure to prosecute. To date, plaintiff has not responded to said order, plaintiff's complaint has not been filed, nor has plaintiff's counsel, Mr. James, submitted papers for admission to this Court.

Rule 41(b), Involuntary Dismissal, states, in pertinent part, as follows:

> For failure of the plaintiff to prosecute or to comply with these rules or any order of court, the court may dismiss on its own motion . . . an action or any claim. Unless the court in its order of dismissal otherwise specifies, a dismissal under this . . . rule . . . operates as an adjudication upon the merits.

Therefore, pursuant to Rule 41(b), this court, *sua sponte*, hereby dismisses this case, with prejudice, because of plaintiff's failure to prosecute and its failure to comply with this Court's rules and orders. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Reginald W. Gibson, Senior Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| E-Scrub Environmental Enterprises, Inc. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No: 03 1172 C |
| UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |

## ORDER

Upon Consideration of the foregoing Motion to Reconsider, it is this _____ day of _______________, 2003, by this Court,

**ORDERED**, that the motion shall be and hereby is **GRANTED**;

**ORDERED**, that the Order directing dismissal, dated 25 August 2003, shall be and hereby is **VACATED**;

**ORDERED**, that Plaintiff shall have until Monday 8 September 2003 to resubmit the complaint and related exhibits in this action under the signature of a member of the Bar of this Court.

**It is Further ORDERED**, ________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

JUDGE