**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

* * * * * * * * * * * * * * * * * * * * * * *

**E-SCRUB ENVIRONMENTAL ENTERPRISES, INC.**
Plaintiff

No. **03-1172 C**

v.

**THE UNITED STATES**
Defendant

* * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, E-Scrub Environmental, Inc. Hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order of October 8, 2003 denying the Plaintiff's Motion to Reconsider Dismissal With Prejudice.

Respectfully submitted,

Thomas F. DeCaro, Jr.
Attorney for
14406 Old Mill Rd. #201
Upper Marlboro, MD 20772

301-464-1400

**CERTIFICATE OF SERVICE**

I, Thomas F. DeCaro, Jr. do hereby certify that on November 4, 2003, I did mail, postage prepaid, a copy of the aforegoing Notice of Appeal to:

William J Haynes II, Esq.
Office of General Counsel
Room 3E980 Defense Pentagon
Washington, DC 20301

Thomas F. DeCaro, Jr.