# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**E-SCRUB ENVIRONMENTAL ENTERPRISES, INC., etc.**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1172 C

(Filed: November 5, 2003)

## ORDER

On November 4, 2003, the Clerk's Office received electronically plaintiff's Notice of Appeal. However, said document was not filed because of certain defects, i.e., (1) pursuant to General Order 2003-42 of this Court, notices of appeal shall be filed in the traditional manner rather than electronically; and (2) said notice advises that plaintiff appeals this court's order of October 8, 2003, to the U. S. Court of Appeals for the **Fourth** Circuit. Appeals from orders/opinions/judgments of the Court of Federal Claims may only be directed to the U.S. Court of Appeals for the **Federal** Circuit.

Therefore, plaintiff's Notice of Appeal shall be returned unfiled for correction of the above defects.

**IT IS SO ORDERED**.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge