# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

04-5056 - E-SCRUB ENVIRONMENTAL V US

RECEIVED
JAN 23 2004
OFFICE OF THE
U.S. COURT OF FEDERAL

01/26/04
(Date of Docketing)

Appeal from: UNITED STATES COURT OF FEDERAL CLAIMS

03-CV-01172

Name of appellant(s): E-SCRUB ENVIRONMENTAL ENTERPRISES, INC.

Critical dates for counsel, pro se parties, and court include:

Date of docketing, as above (Rules 12 & 15)
Representation statement (Rule 12)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (Parties owing the docketing fee)

JAN HORBALY, Clerk

cc: US Court of Federal Claims
David M. Cohen
Thomas F. DeCaro, Jr.

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

04-5056

E-SCRUB ENVIRONMENTAL ENTERPRISES, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 03-01172, Senior Judge Reginald W. Gibson.

Authorized Abbreviated Caption[2]

E-SCRUB ENVIRONMENTAL v US, 04-5056

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.