CFC

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

04-5056

E-SCRUB ENVIRONMENTAL ENTERPRISES, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## O R D E R

ORIGINAL

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
APR 12 2004
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

04/12/04

cc: Clerk's Office, CFC
THOMAS F. DECARO, JR.
STEVEN MAGER

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 12 2004
JAN HORBALY
CLERK

ISSUED AS A MANDATE: 04/12/04

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 4/12/04

E-SCRUB ENVIRONMENTAL V US, 04-5056
CFC - 03-CV-01172